IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JOE HAND PROMOTIONS, INC., :

    Plaintiff,

  v. : Case No. 3:20-CV-455

JASON THOMAS, et al., : JUDGE WALTER H. RICE

    Defendants. :

---

ORDER DIRECTING PLAINTIFF TO SHOW CAUSE WITHIN FOURTEEN (14) DAYS OF THE DATE OF THIS ORDER (1) WHY THIS ACTION SHOULD NOT BE DISMISSED WITHOUT PREJUDICE AS TO DEFENDANT JASON THOMAS PURSUANT TO FED. R. CIV. P. 4(m) AND (2) WHY THIS CASE SHOULD NOT BE DISMISSED FOR LACK OF PROSECUTION AS TO DEFENDANT TASTE CREATIVE CUISINE, LLC, FOR FAILING TO FILE MOTION FOR DEFAULT JUDGMENT PURSUANT TO FED. R. CIV. P. 55(b)(2)

---

Plaintiff, Joe Hand Promotions, Inc., filed this Complaint on November 6, 2020, naming as Defendants, Jason Thomas and Taste Creative Cuisine, LLC. Plaintiff alleges violations of certain federal statutes including The Communications Act of 1934, as amended, 47 U.S.C. § 605, et seq., The Cable & Television Consumer Protection and Competition Act of 1992, as amended, 47 U.S.C. § 553, et seq., and 17 U.S.C. 106(3). Although service was completed on Defendant Taste Creative Cuisine, LLC, on November 27, 2020, Defendant Jason Thomas was not served within 90 days after the filing of the Complaint as required by Fed. R. Civ. P. 4(m). On March 18, 2021, an Application for Entry of

Default, Doc. #5, and Entry of Default Judgment, Doc. #6, were filed as to Defendant Taste Creative Cuisine, LLC.

Plaintiff is ordered to show cause, within fourteen (14) days of the date of this Order (1) why this action should not be dismissed, without prejudice, as to Defendant Jason Thomas for lack of service pursuant to Fed. R. Civ. P. 4(m) and (2) why this action should not be dismissed for lack of prosecution against Defendant Taste Creative Cuisine, LLC, for failing to file a Motion for Default Judgment pursuant to Fed. R. Civ. P. 55(b)(2).

Date: May 17, 2021

*Walter H. Rice*
WALTER H. RICE
UNITED STATES DISTRICT JUDGE